# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KARLA CAMACHO-GODOY, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION FILE NO.: |
| : | 1:22-CV-792-SDG-JCF |
| RAGAN & RAGAN, P.C., et al., : | |
| : | |
| Defendants. : | |

## FINAL REPORT AND RECOMMENDATION

Plaintiff filed this action alleging, *inter alia*, that Defendant violated the Fair Debt Collection Act, 15 U.S.C. § 1692, *et seq.* (Doc. 1). On March 16, 2022, Plaintiff filed a Notice of Settlement as to all pending claims (Doc. 4). No further action has been taken in this case. It is therefore **RECOMMENDED** that the Court **DISMISS, with prejudice**, this action, subject to the right of any party to reopen the case within 60 days from the date of entry of an Order adopting this recommendation if settlement is not consummated.

The Clerk is directed to terminate the reference of the above-captioned case.

**SO RECOMMENDED** this 17th day of March, 2022.

/s/ J. Clay Fuller
J. Clay Fuller
United States Magistrate Judge