IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KARLA CAMACHO-GODOY,<br>    Plaintiff,<br>v.<br>RAGAN & RAGAN, P.C., *et al.*,<br>    Defendants. | Civil Action No.<br>1:22-cv-00792-SDG |

### ORDER

The parties have filed a Notice of Settlement [ECF 4], informing the Court that the parties have reached a settlement, and that they need additional time to document and execute the settlement agreement and to file the necessary dismissal papers. Therefore, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case. This closure is not a dismissal and does not preclude the filing of documents. The case may be re-opened if necessary. The parties are **ORDERED** to file documents to dispose of the case within **60 days** of the date of this Order. Absent an extension of that deadline or further order of the Court, if no request to reopen the case is made within 60 days, the case will be considered **DISMISSED WITH PREJUDICE** at that time.

Signed this the 17th day of March, 2022.

Steven D. Grimberg
United States District Court Judge